UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KELLY BOSWORTH, | ) | CASE NO.: 1:09CV00342 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | **NOTICE OF SETTLEMENT AND** |
| | ) | **DISMISSAL** |
| AMERICAN FAMILY INSURANCE, | ) | |
| | ) | |
| Defendant. | ) | |

Now come the parties, by and through undersigned counsel, and hereby give notice that they have settled this matter, and that the Court may enter an order of dismissal with prejudice, each party to bear their own costs.

IT IS SO ORDERED.

S/CHRISTOPHER A. BOYKO
U.S. DISTRICT COURT JUDGE

MARCH 29, 2009

Respectfully submitted,

MAZANEC, RASKIN, RYDER & KELLER CO., L.P.A.

*/s/  Timothy R. Obringer*
_____
TIMOTHY R. OBRINGER  (0055999)
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
Email:   tobringer@mrrklaw.com

*Counsel for Defendant*

DWORKEN & BERNSTEIN CO., LPA

*/s/  Richard N. Selby, II, Esq.*
_____
Richard N. Selby, II, Esq.
60 South Park Place
Painesville, OH  44077
(440) 352-3391
(440) 352-3469 – Fax
E-mail:  rselby@dworken-bernstein.com

*Counsel for Plaintiff*